UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISTRICT COUNCIL NO. 9
INTERNATIONAL UNION OF PAINTERS
AND ALLIED TRADES, A.F.L.-C.I.O.,

      Petitioner,

-against-

MOONLITE PAINTING CO., INC.,

      Respondent.

---

1:25-cv-02356 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

  On March 21, 2025, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **April 1, 2025**. Respondent's opposition, if any, is due on **April 15, 2025**. Petitioners' reply, if any, is due **April 22, 2025.**

  Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than **April 1, 2025**, and shall file an affidavit of such service with the court no later than **April 2, 2025**.

  SO ORDERED.

Dated: March 25, 2025
   New York, New York

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge